ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                                        )
                                                                   )
Wildflower International, Ltd.                                      )   ASBCA No. 63369-ADR
                                                                   )
Under Contract No. H92408-20-D-0005                                )

APPEARANCES FOR THE APPELLANT:          James M. White, Esq.
                                          Marshall & White, PLLC
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Caryl A. Potter III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Lt Col Grant T. Wahlquist, USAF
                                        Le'Dara Clark, Esq.
                                        Maj Candice D. Schubbe, USAF
                                          Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 3, 2024

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63369-ADR, Appeal of Wildflower International, Ltd., rendered in conformance with the Board's Charter.

Dated:  May 3, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals